# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOCB RETAIL LLC, a Nevada limited liability company; and SIRENS DESIGN LLC, a California limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>TIA EVANS, an individual; EVANS HR Pros, LLC, a California limited liability company; DON EVANS & ASSOCIATES LLC, a California limited liability company; DANY D. IM a/k/a DANEVA IM, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:25-cv-01632-MWC (SP.x)<br><br>**PRELIMINARY INJUNCTION AND ORDER FREEZING ASSETS** |

1   This matter came to be heard upon the *Ex Parte* Motion of Plaintiffs HOCB Retail LLC and Sirens Design LLC (collectively, "Plaintiffs") for a Temporary Restraining Order and Issuance of Order to Show Cause Why a Preliminary Injunction Should Not be Issued (the "Motion") against Defendants Tia Evans, Don Evans & Associates, LLC, Evans HR Pros, LLC, and Dany D. Im a/k/a Daneva Im (collectively, "Defendants"). On July 7, 2025, the Court granted Plaintiffs' Motion in part and ordered Defendants to show cause why a Preliminary Injunction should not be issued.

The Court, having considered Plaintiffs' Verified Complaint, its Motion, the Memorandum of Points and Authorities, and the Declarations and other documents filed in support of the Motion, and all other evidence and argument presented regarding the Motion, finds that:

A)   This Court has jurisdiction over the parties to, and subject matter of, this action;

B)   Plaintiffs have demonstrated a likelihood of success on the merits of their claims, to wit, that Defendants have improperly taken possession of no less than $5,241,566.94 in Plaintiffs' money through fraudulent payroll payments; and

C)   Good cause exists to believe that in the absence of injunctive relief, Plaintiffs will be irreparably harmed in that Defendants are likely to secret, transfer, conceal, or dispose of the misappropriated funds, that a preliminary injunction is necessary to preserve the status quo in this matter and to effectuate any remedy this Court may order at the conclusion of this matter, and that the issuance of a temporary restraining order is in the public interest.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for the Issuance of a Preliminary Injunction is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants are immediately restrained and enjoined from:

1. Converting, selling or otherwise disposing of any assets in their possession, custody, or control without leave of Court;

2. Transferring, concealing, or otherwise disposing of personal or real property obtained using the funds embezzled from Plaintiffs;

3. Directly or indirectly incurring charges or cash advances on any credit card, debit card, or checking card, or incurring liens or encumbrances on real property, personal property, or other assets without leave of the Court; and

4. Transferring, selling, encumbering, mortgaging, or otherwise encumbering in any fashion the following properties without leave of Court: 24956 El Braso Drive, Moreno Valley, CA 92551 and 24645 Hudson Street, Moreno Valley, CA 92551.

**IT IS FURTHER ORDERED** that, except as otherwise ordered by this Court, an immediate freeze shall be placed on all monies and assets (with an allowance for necessary and reasonable living expenses to be granted only upon good cause shown by application to the Court with notice to and an opportunity for Plaintiffs to be heard) in all accounts at any bank (including, without limitation, JPMorgan Chase Bank, N.A., Bank of America, N.A., Navy Federal Credit Union, Bancorp Bank, N.A., and Green Dot Bank), financial institution or brokerage firm, or Internet or "e-commerce" payment processor, all certificates of deposit, and other funds or assets, held in the name of or for the benefit of, or over which account authority is held by Defendants, including but limited to the following:

| Bank Name | Account No. (last 4 digits) |
|---|---|
| JPMorgan Chase Bank, N.A. | x8730 |
| JPMorgan Chase Bank, N.A. | x9535 |
| Bank of America, N.A. | x4539 |
| Bank of America, N.A. | x3238 |
| Bank of America, N.A. | x3254 |

| Bank of America, N.A. | x8611 |
|---|---|
| Bank of America, N.A. | x0002 |
| Navy Federal Credit Union | x3100 |
| Bancorp Bank, N.A. | x3513 |
| Green Dot Bank | x8404 |

**IT IS FURTHER ORDERED** that within 7 days of the issuance of this Injunction, Defendants shall prepare and deliver to Plaintiffs complete schedule of all of their personal assets, including all real and personal property exceeding $5,000 in value, and all bank, securities, and other accounts identified by institution, branch address and account number, as well as all liabilities. The accounting shall include a description of the sources of all such assets and liabilities.

**IT IS FURTHER ORDERED** that Plaintiffs shall immediately file a bond under Federal Rule of Civil Procedure 65(c) in the amount of $5,000.00.

**IT IS SO ORDERED.**

DATED: July 22, 2025

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE